JASON G. REVZIN
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada  89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
COUNSEL FOR DEFENDANT TRANS UNION LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RONALD L. PUSIESKI,<br><br>         Plaintiff,<br>v.<br>NATIONSTAR MORTGAGE, LLC;<br>TRANS UNION, LLC,<br><br>         Defendants. | Case No. 2:16-cv-01809-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION** |

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that Defendant Trans Union LLC be dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED: December 12, 2016          **HAINES & KRIEGER, LLC**


                                               **/s/ David H. Krieger**
                                     David H. Krieger
                                     Nevada Bar No. 9086
                                     8985 S. Eastern Avenue, Suite 350
                                     Henderson, NV 89123
                                     (702) 880-5554
                                     Facsimile: (702) 383-5518
                                     Email: dkrieger@hainesandkrieger.com
                                     COUNSEL FOR PLAINTIFF

                                     and

4823-5754-3998.1

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

　　　　/s/ Jason G. Revzin
**JASON G. REVZIN**
Nevada Bar No. 8629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV  89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
**COUNSEL FOR TRANS UNION LLC**

IT IS SO ORDERED this  29th   day of   December          , 2016

　　　　　　　　　　　IT IS SO ORDERED:

　　　　　　　　　　　_____
　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　United States District Judge

4823-5754-3998.1

2